# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

### CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT, BOND/DETENTION HEARING/PRELIMINARY EXAM

Case No.: 2:15CR15                                    Date: 9/14/15

| Defendants: | Counsel: |
|---|---|
| Wesley Gross; custody | Charles Bledsoe; appt |
| Joshua Hughes; custody | Greg Stewart; appt |
| Teresa Richards; custody | Dan Bieger; appt |

PRESENT:   JUDGE:          Pamela Meade Sargent      TIME IN COURT: 3:49 – 4:15
           Deputy Clerk:    Ella Surber
           Court Reporter:  Ella Surber, FTR
           U. S. Attorney:  Erin Kulpa
           USPO:            Marcus Riley
           Case Agent:      Ryan Temm
           Interpreter:     N/A

## INITIAL APPEARANCE AND BOND HEARING

- [x] Initial Appearance.  Defendant(s) advised of charges, rights and nature of proceedings.
- [ ] Government moves to unseal case.  Court grants motion.
- [x] Defendant requests appointment of counsel.  CJA 23 completed; counsel appointed .
- [ ] Bond hearing held.
- [x] Government does not oppose bond.
- [ ] Defendant(s)  not eligible for bond because  .
- [x] Bond set at $25,000 unsecured.
- [ ] Deft. notified of right to consular notification under the Vienna Convention.

In addition to the standard conditions of release, the following special conditions of release are imposed as to deft Gross:

(a) The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case.
(b) The defendant shall report as directed by the probation officer, shall follow the direction of the probation officer; shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant.  The defendant shall continue to reside at his/her current residence, and shall not change residences without the permission of the probation officer.
(c) The defendant shall abstain from the use or possession of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
(d) The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
(e) The defendant shall submit to random routine drug and or alcohol testing; evaluation and/or treatment as directed by the probation officer.  Shall submit to random routine pill counts
(f) The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.
(g) The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determine if he/she is in compliance with his/her conditions of pretrial release.
(h) If not on disability, the defendant shall actively seek and/or maintain employment.
(i) The defendant shall not associate with any known users/possessors of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used and/or distributed, unless approved by the supervising officer in cooperation with law enforcement officers.
(j) The defendant shall restrain any animals on the premises of his/her residence in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety.

(k) The defendant shall abide by all outstanding state court orders and conditions of bond
(l) The defendant shall allow open communication between the probation officer and any treating physicians or facilities for the purpose of monitoring compliance with conditions; and shall reveal all prescription medications to the probation officer and shall identify one primary pharmacy and treating physician.
(m) The defendant shall reveal to the state court probation officer and the department of social services current federal charges.
(n) The defendant shall submit to mental health evaluation and/or treatment as directed by the probation officer.

In addition to the standard conditions of release, the following special conditions of release are imposed as to deft Hughes:

(a) The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case.
(b) The defendant shall report as directed by the probation officer, shall follow the direction of the probation officer; shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant. The defendant shall continue to reside at his/her current residence, and shall not change residences without the permission of the probation officer.
(c) The defendant shall abstain from the use or possession of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
(d) The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
(e) The defendant shall submit to random routine drug and or alcohol testing; evaluation and/or treatment as directed by the probation officer. Shall submit to random routine pill counts
(f) The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.
(g) The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determine if he/she is in compliance with his/her conditions of pretrial release.
(h) If not on disability, the defendant shall actively seek and/or maintain employment.
(i) The defendant shall not associate with any known users/possessors of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used and/or distributed, unless approved by the supervising officer in cooperation with law enforcement officers.
(j) The defendant shall restrain any animals on the premises of his/her residence in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety.
(k) The defendant shall abide by all outstanding state court orders and conditions of bond
(l) The defendant shall allow open communication between the probation officer and any treating physicians or facilities for the purpose of monitoring compliance with conditions; and shall reveal all prescription medications to the probation officer and shall identify one primary pharmacy and treating physician
(m) The defendant shall reveal to the state court probation officer current federal charges.
(n) The defendant shall submit to mental health evaluation and/or treatment as directed by the probation officer.

In addition to the standard conditions of release, the following special conditions of release are imposed as to deft Richards:

(a) The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case.
(b) The defendant shall report as directed by the probation officer, shall follow the direction of the probation officer; shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant. The defendant shall continue to reside at his/her current residence, and shall not change residences without the permission of the probation officer.
(c) The defendant shall abstain from the use or possession of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
(d) The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
(e) The defendant shall submit to random routine drug and or alcohol testing; evaluation and/or treatment as directed by the probation officer. Shall submit to random routine pill counts


(f) The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.
(g) The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determine if he/she is in compliance with his/her conditions of pretrial release.
(h) If not on disability, the defendant shall actively seek and/or maintain employment.
(i) The defendant shall not associate with any known users/possessors of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used and/or distributed, unless approved by the supervising officer in cooperation with law enforcement officers.
(j) The defendant shall restrain any animals on the premises of his/her residence in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety.
(k) The defendant shall abide by all outstanding state court orders and conditions of bond
(l) The defendant shall allow open communication between the probation officer and any treating physicians or facilities for the purpose of monitoring compliance with conditions; and shall reveal all prescription medications to the probation officer and shall identify one primary pharmacy and treating physician.
(m) The defendant shall reveal to the state court probation officer current federal charges.
(n) The defendant shall submit to mental health evaluation and/or treatment as directed by the probation officer.

## ARRAIGNMENT

☒ Defendant(s) waives reading of Indictment/Information.   ☐ Indictment/Information read.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | Counts 1,15 |  |  |
| 2 |  | Counts 1, 16 |  |  |
| 3 |  | Counts 1, 2 |  |  |
| 4 |  |  |  |  |

☐ Jury trial set for  .
☐ Pretrial conference set for  .
☒ Trial to be set by Clerk upon arrest of all defendants.
☐ Defendant(s) remanded to custody.
☒ Defendant(s) released on bond.

Additional Information: