2:15CR15-011

May 8, 2020

James P. Jones
U.S. District Judge
180 W. Main St.
Abingdon, VA 24210

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED
MAY 11 2020
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Your Honor:

My name is Joyce Gross, a retired teacher with 39 years of service to my students. I am writing concerning my son, Wesley Gross, who is incarcerated in the federal prison in New Jersey on drug charges. He has filed a motion for compassionate release.

This pandemic has caused alarm for both him and myself. He has asthma and other health issues. I am 71 years old and am living alone. We both have a higher risk of contracting the virus and not fairing well. I haven't seen him in 3½ years.

He made some poor choices in his life but is not a bad person with other convictions. I am his only support system when he is released and I hope I'm still

here to provide that.
I kindly ask that you consider his motion favorably.

Thank you,
Joyce Griss
1253 E. Front St.
P.O. Box 464
Cleburn, VA 24230