

KNOXVILLE TN 377

07 MAY 2020 PM 3 L

James P. Jones
U.S. District Judge
180 W. Main St.
Abingdon, VA 24210

24210-284455

P.O. Box 1414
Castlewood, VA 24132