CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAY 2 1 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF VIRGINIA
104 Federal Building & United States Courthouse
180 West Main Street
ABINGDON, VIRGINIA 24210

James P. Jones
United States District Judge

May 21, 2020

Mrs. Joyce Gross
P.O. Box 464
Coeburn, VA 24230

    Re:   United States v. Wesley David Gross
           Case No. 2:15CR00015-011

Dear Mrs. Gross:

    Thank you for your letter concerning your son. I will certainly give his motion my consideration.

    With best wishes.

                                         Sincerely yours,

                                         JAMES P. JONES