United States District Court
Western District Of Virginia

United States Of America          Case No. 2:15-CR-00015-
                    Plantiff      JPJ-PMS-11

        V.

Wesley David Gross
                    Defendent      Defendents Motion
                                   for Compassionate
                                   release under 18U.S.C.
                                   3582(c)(1)(A)


Defendent, Wesley David Gross, Pro-Se pursuant to
18 U.S.C.  3582(c)(1)(A), request Compassionate
release due to the dangers of Contracting
Covid-19 in this BOP facility in addition to
the lack of medical care he is recieving
due to the pandemic.

Defendent request counsel be appointed to assist
in his motion due to the inability of defendent
to access Medical records and information on
Facility Covid-19 Cases and handling of
Pandemic.

Defendent is disabled with severe spinal stenosis and after being seen by spinal specialist was reffered for physical therapy that was approved to commence in Feb. 202 . If it was not deemed successful defendent was to return to spinal specialist for spinal surgery. Due to pandemic patient has had neither physical therapy nor returened to specialist as directed. Defendent is currently quarantined due to contracting Covid-19 while housed at FCI Ft. Dix. He is unable to access any records or information. He had previously submitted a request to the Warden that was received on Nov. 29th prior to his contracting covid. No response was made to his request which gives the court jurisdiction. Due to damage done by Covid-19 if he were to be re-infected the cost and symptoms could be much worse as he suffers from lung problems as shown in documentation listed as exhibits E1, E2, and E3. Exhibit E1 shows a CT Chest taken 5·13·2013 and compared to a scan taken 8·27·11. It list mild changes of chronic obstructive pulmonary disease (COPD) compared with scan 21 months earlier. Exhibit E2 shows mild centribbular emphysema Exhibit E3 is a wright peak flow test given to

test defendents lung capacity due to his COPD give on 5·8·2019 at cumberland FPC. The results range from 410 to 540 an average of 483 which shows function at around 50%.

E5

Defendent has had 1 diciplinary infraction in the last 43 months and it was due to his disability not allowing him to provide a urine sample within a 2 hour time frame. E5 shows an encounter on 9·25·17 for urinary problem difficulty starting urination due to history of spinal stenosis at C6-C7. Ongoing problem going back 15 years. The defendent hasnt had an infraction in 16 months since problem urinating. He is a model prisoner and lives in the RDAP building while taking the Drug program. He has completed numerous programs including the VT computer class a 120 hour course that teaches Microsoft office. He has taken numerous other classes and rehabilitated himself.

His mother is 72 years old and desperately needs him to live and assist her in her retirement. His wife is immuno compromised and dealing with serious health issues. Both of these women and his 2 young children needs him to return home



and assist them in these difficult times.

Anyone who knows Mr. Gross knows the mistake
he made is not a reflection of who he is or how
he lived prior to late 2013. This was an abnormality
in his life. He has learned from his mistake and
will have plenty of time on supervised relief
under the care of this court to prove it. In my
May request for compssionate release, I stated if
I remained incarcerated, the question is not if I
would be infected but when. The Answer is Jan
4th 2021. Luckily the symptoms I expierienced
This time were mild. The question I pose now
is if I am infected again which is not only possible
but probable, unless there is a radical change,
will the symptoms prove much more problematic
as has been shown in many cases, Also should I
be forced to suffer without medical care for
my diagnosed disability and endure great pain on
a daily basis because I can't get the medical
care that has been prescribed. I beg his
honor to grant me a reduction in sentence and
home confinement with my mother as term of
probation where I can get medical needs. Please
allow me the ability to protect and care for

Myself and my family in the future by
granting a reduction in Sentence.


Respectfully submitted
Wesley Gross


Wesley David Gross Pro. Se
Reg. No 19188-084
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

Dated Jan, 19 2021

E1



**Wellmont Health System**

WELLMONT HEALTH SYSTEM
SERVICE AREA
1905 American Way
Kingsport TN 37660

19188-024 *pet*

GROSS,WESLEY DAVID
MRN: 00824858
DOB: 9/17/1975, Sex: M
Enc. Date: 05/13/13

Resulted: 05/14/13 0857, Result status: Final result

## XR Chest 1 View [4082213] (continued)

Resulting lab:     EMC RAD
Narrative:
Exam Start  201305132235
Exam Stop   201305132245

HISTORY: Chest pain or 2-month. Raised red area on chest.

PORTABLE CHEST 05/13/2013 10:49 P.M.

Comparison with 08/27/2011. The lungs are free of infiltrates. Mild
changes of chronic obstructive pulmonary disease. Heart and
mediastinum are within normal limits.

CONCLUSION:
 Mild changes of chronic obstructive pulmonary disease.

Transcriptionist- SPEECHQ
Reading Physician- KATHLEEN A DEPONTE, M.D.
Releasing Physician- KATHLEEN A DEPONTE, M.D.
Released Date Time- 05/14/13 0857

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 6578939 | | | 05/13/13 2235 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - EMCRad | EMC RAD | Model Lab Director | 5301 Tokay Blvd. Madison WI 53711 | 01/24/07 1652 - Present |

## Order

CT Angiogram Chest Without and With Contrast [IMG206] (Order 4082214)

### CT Angiogram Chest Without and With Contrast [4082214]

Electronically signed by: **Interface, Rad Conversion** on 05/13/13 2355                                  Status: **Completed**

Ordering user: Interface, Rad Conversion 05/13/13 2355    Authorized by: Tunga T Reddy, MD

Frequency:  05/13/13 2355 -

## Result

CT Angiogram Chest Without and With Contrast (Order 4082214)

Resulted: 05/14/13 2100, Result status: Final result

### CT Angiogram Chest Without and With Contrast [4082214]

Resulting lab:     EMC RAD
Narrative:
Exam Start  201305132355
Exam Stop   201305140010

HISTORY:  Chest pain in the center of the chest for several days.



*19188-D84 Pet*

E2

**Wellmont Health System**

WELLMONT HEALTH SYSTEM
SERVICE AREA
1905 American Way
Kingsport TN 37660

GROSS, WESLEY DAVID
MRN: 00824858
DOB: 9/17/1975, Sex: M
Enc. Date: 05/13/13

---

**CT Anglogram Chest Without and With Contrast [4082214] (continued)** | Resulted: 05/14/13 2100, Result status: Final result

COMPUTERIZED TOMOGRAPHIC ANGIOGRAPHY OF THE THORAX-PE PROTOCOL:

Thin section helical images were obtained following IV contrast with standard PE protocol.

✳ The lung parenchyma shows mild centrilobular emphysema in the lung apices. A 4 millimeter noncalcified nodule anterior segment of the right upper lobe. Repeat CT is recommended in six months to one year. No pleural or pericardial effusions.

The pulmonary arteries are well opacified and show no evidence of emboli. No aortic dissection or aneurysm. No adenopathy is seen. Residual thymus. Upper abdominal contents are unremarkable.

Esophageal wall may show mild diffuse thickening, possibly esophagitis. Correlate clinically.

CONCLUSION:
1. No evidence of pulmonary embolism, aortic dissection or aneurysm. A 4 to 5 millimeter noncalcified right upper lobe pulmonary nodule, indeterminate. Repeat CT is recommended in six months to one year.

2. Suspect esophagitis.

The study had been sent to a nighthawk service just following the exam with similar findings reported.

   Transcriptionist- ELIZABETH I HOBACK, Transcriber
   Reading Physician- KATHLEEN A DEPONTE, M.D.
   Releasing Physician- KATHLEEN A DEPONTE, M.D.
   Released Date Time- 05/14/13 2100

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 6578977 | | | 05/13/13 2355 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - EMCRad | EMC RAD | Model Lab Director | 5301 Tokay Blvd. Madison WI 53711 | 01/24/07 1652 - Present |
| | | Director | | |

**END OF REPORT**

---



| Inmate Name: | GROSS, WESLEY DAVID | | | | Reg #: | 19188-084 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/17/1975 | Sex: | M | Race: WHITE | Facility: | CUM |
| Encounter Date: | 05/08/2019 09:42 | Provider: Gera, Tom PA-C | | | Unit: | G03 |

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/08/2019 | 15:46 CUM | 98.8 | 37.1 | Temporal | Gera, Tom PA-C |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/08/2019 | 15:46 | 81 | | | Gera, Tom PA-C |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/08/2019 | 15:46 CUM | 107/70 | | | | Gera, Tom PA-C |

### Wright Peak Flow:

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 05/08/2019 | 15:46 CUM | 410 | 540 | 500 | Fair | Without | Gera, Tom PA-C |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/08/2019 | 15:46 CUM | 97 | | Gera, Tom PA-C |

### Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/08/2019 | 15:46 CUM | 156.0 | 70.8 | | Gera, Tom PA-C |

### Exam:

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Abdomen**

**Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Palpation**

E4

**REGIONAL ADMINISTRATIVE REMEDY APPEAL**
**Part B - Response**

**Date Filed: November 18, 2019** **Remedy ID No.: 997537-R1**

You appeal the Discipline Hearing Officer's (DHO) decision of October 11, 2019, for Refusing to Provide a Urine Sample for Drug Screening (Code 110). You claim you did not commit the prohibited act and the DHO's decision was based on insufficient evidence. You claim you were having medical issues which prevented you from providing an adequate urine sample. You request the incident report be expunged.

Program Statement 5270.09, Inmate Discipline Program, provides the DHO shall consider all evidence presented at the hearing. The decision of the DHO shall be based on at least some facts, and if there is conflicting evidence, it must be based on the greater weight of the evidence. The DHO considered your statement. The DHO found you committed the prohibited act based on the greater weight of the evidence, which included the reporting staff member's statement that you failed to provide a urine sample for drug screening in the allotted period of time. The DHO accurately and adequately explained to you in Section V of the DHO report the specific evidence relied on to find you committed the prohibited act.

The discipline record indicates your medical records were reviewed by medical staff, and it revealed you had no medical issues which would have prevented you from providing the urine sample. Other than your self-identified medical concern, you did not provide any credible evidence at the hearing that you had any reason, medical or otherwise, for refusing to provide the urine sample for drug screening.

The required disciplinary procedures were substantially followed, the evidence supports the DHO's finding, and the sanctions were appropriate for the offense.

Your appeal is denied. If you are not satisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 days of the date of this response.

DEC 23 2019
Date

D.J. Harmon
Regional Director
Mid-Atlantic Region

E5

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GROSS, WESLEY DAVID | | Reg #: | 19188-084 |
| Date of Birth: | 09/17/1975 | Sex: M Race: WHITE | Facility: | PEM |
| Encounter Date: | 09/25/2017 09:10 | Provider: Hall, Ignatius PA-C | Unit: | D04 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Hall, Ignatius PA-C

**Chief Complaint:** Urinary Problem

**Subjective:** 42 y/o inmate c/o difficulty starting urination x 15 years. Inmate has h/o spinal stenosis C6-7. 9/20/2017 - PSA: 0.61.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/25/2017 | 09:09 PEX | 98.1 | 36.7 | Oral | Hall, Ignatius PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/25/2017 | 09:09 PEX | 98 | Via Machine | Regular | Hall, Ignatius PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/25/2017 | 09:09 PEX | 126/83 | Right Arm | Sitting | Adult-regular | Hall, Ignatius PA-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 09/25/2017 | 09:09 PEX | 172.0 | 78.0 | | Hall, Ignatius PA-C |

**Exam:**

**General**

**Appearance**

Yes: Alert and Oriented x 3

No: Appears Distressed

**ASSESSMENT:**

Enlarged prostate with lower urinary tract symptoms (BPH), N401 - Resolved

Unspecified abnormal findings in urine, R8290 - Current

**PLAN:**

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

*E6*

## NOTICE TO THE INMATE POPULATION

**DATE:**        April 11, 2020

**FROM:**        D. Ortiz, Warden

**SUBJECT:**     Protecting Yourself and Others

In order to maintain the health of staff and inmates, the
following is expected from ALL inmates:

- Wash hands with soap and water for at least 20 seconds.
- Avoid touching your eyes, nose, and mouth with unwashed
  hands.
- Clean and disinfect all surfaces with the approved
  chemical.
- Cover your cough/sneeze with tissue, immediately throw
  tissue in the trash and wash your hands.
- **Wear your surgical face masks!** Since Social Distancing is
  not possible in this environment, masks will help keep you
  and others from spreading viruses.
- Report symptoms (coughing, sneezing, fever, fatigue,
  etc.)to Health Services and/or any staff.

We ALL must do our part in protecting ourselves and others from
spreading COVID-19!

THERE ARE 500+ POSITIVE COVID CASES AT FCI FT
DIX AS OF 1.4.2021.

REG# 19188-084
FCI Fort Dix-West Federal
P.O. Box 2000    Correctional
Joint Base MDL    Institution
New Jersey 08640

UNITED States District Court
OFFICE OF THE CLERK
180 WEST MAIN STREET ROOM 104
ABINGDON, VIRGINIA 24210



Trenton P&DC
WED 20 JAN