CR 2:15-CR-00015-JPJ
PMS-11

Your Honor,

I would like to make several things known to the court as best I can and ask the court to please take into consideration that I am currently in quarantine with no access to the law library and as such cannot provide case reference or do any research.

I am currently in the RDAP program with a projected release date of 11-30-2022. My DAPC Dr. Rodriguez confirmed that I will be recommended in May to receive 12 months of halfway house. I will therefore theoretically be moved to a halfway house at the end of this year. I have been quarantined without access to the medical care needed and prescribed by an orthopedic surgeon. I am in intense pain and have submitted numerous request for medical treatment directed by the surgeon. I have been unable to attempt physical therapy and have been denied spinal surgery as recommended by the surgeon. Congressman Kim and both senators from New Jersey are calling for all eligible inmates at Ft. Dix to be granted home confinement. I have enclosed a copy of a news article from a local paper and a copy of my sentence computation. In retrospect, I would do anything to undo the mistakes I made, and do take full responsibility for my actions. I would like to

POINT OUT, AS MY PSI WILL CONFIRM, THAT FOR 39 YEARS OF MY LIFE I WAS A MODEL CITIZEN THAT COACHED YOUTH SPORTS AND GAVE BACK TO MY COMMUNITY. IT WAS SHOCKING TO ANYONE THAT KNEW ME, THAT BECAUSE OF MY ADDICTION, I ENGAGED IN CRIMINAL ACTIVITY.

WHEN I AM RELEASED I WILL BE PLACED ON 5 YEARS SUPERVISED RELEASE. I ASSURE YOU THAT THE RDAP PROGRAM HAS GIVEN ME THE SKILLS I NEED TO NEVER AGAIN JEAPORDIZE MY FREEDOM. I REALLY FEAR LOSING FRIENDS AND FAMILY WHILE I AM INCARCERATED, AND NEXT TO STAYING SOBER, MY FAMILY IS THE MOST IMPORTANT THING TO ME. MY MOTHER AND MY WIFE HAVE SERIOUS HEALTH CONCERNS AND NEED ME HOME TO ASSUME MY RESPONSIBILITY IN THE RAISING OF MY CHILDREN. MY 14 YEAR OLD SON NEEDS HIS FATHER. THE PANDEMIC HAS CAUSED CHAOS IN HIS SCHOOL WORK AND HE NEEDS ME TO GUIDE HIM IN THE RIGHT MANNER.

I AM ASKING YOU TO RULE ON MY COMPASSIONATE RELEASE IN MY FAVOR AND TO GRANT ME THE OPPORTUNITY TO PROVE TO MYSELF, MY FAMILY, AND TO YOU THAT I AM TRULY REGRETFUL OF MY PAST AND ALSO COMPLETELY OPTIMISTIC OF MY FUTURE.

RESPECTFULLY SUBMITTED,
WESLEY GROSS

```
 FTDGR   540*23  *           SENTENCE MONITORING           *     01-26-2021
PAGE 001          *           COMPUTATION DATA              *     12:58:40
                              AS OF 01-26-2021
```

REGNO..: 19188-084 NAME: GROSS, WESLEY DAVID

FBI NO............: 901128JC3              DATE OF BIRTH: 09-17-1975  AGE:  45
ARS1..:...........: FTD/A-DES
UNIT..............: UNIT RDAP              QUARTERS.....: S03-152L
DETAINERS.........: NO                     NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 05-30-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 11-30-2022 VIA 3621E COND


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: VIRGINIA, WESTERN DISTRICT
DOCKET NUMBER....................: DVAW215CR000015-011
JUDGE............................: JONES
DATE SENTENCED/PROBATION IMPOSED: 10-18-2016
DATE COMMITTED...................: 11-16-2016
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $100.00         $00.00           $00.00        $00.00

RESTITUTION...:   PROPERTY: NO    SERVICES: NO     AMOUNT: $00.00

----------------------CURRENT OBLIGATION NO: 010 ------------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846, 21:841(B)(1)(C) CONSPIRACY TO DISTRIBUTE AND POSSESS
         WITH THE INTENT TO DISTRIBUTE ALPHA-PVP, CT.1

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    96 MONTHS
 TERM OF SUPERVISION.............:     5 YEARS
 DATE OF OFFENSE.................: 06-01-2015




G0002        MORE PAGES TO FOLLOW . . .

Jan 12th

JOINT BASE McGUIRE-DIX-LAKEHURST U.S. Rep. Andy Kim is demanding the federal Bureau of Prisons (BOP) institute a lockdown as COVID-19 continues to tear through FCI Fort Dix.

Kim on Monday called for BOP Director Michael Carvajal to take immediate action at the federal prison where the number of active COVID-19 cases is nearly double the number at any other BOP facility in the country.

"The outbreak of COVID-19 at Ft. Dix FCI is a clear and present danger to the federal employee staff, the inmates, and to our communities in New Jersey surrounding the Joint Base," Kim said in a statement.

As of Monday, BOP reported 797 active cases among inmates, and 26 active cases among staff members. No deaths have been reported.

On Tuesday, U.S. Sens. Cory Booker and Robert Menendez sent a letter to FCI Fort Dix Warden David Ortiz with raising concerns surrounding the prison's use of home confinement as well as the medical care for inmates who have tested positive for COVID-19.

The senators called for the warden to grant home confinement to as many as eligible inmates as possible.

"The conditions at facilities in New Jersey, specifically your facility, have grown increasingly worrisome.. We are still very concerned for the safety and well-being of individuals behind bars in New Jersey and across our country. It is critical that you prioritize the use of your statutory authorities to grant home confinement to as many eligible people as possible," the senators wrote.

In addition, the senators sent the warden a detailed list of questions around the BOP's home confinement program and its medical care for inmates

There are currently 2,745 inmates at the federal detention facility on Joint Base McGuire-Dix-Lakehurst.

The base is located near Burlington County towns such as Pemberton Township, Wrightstown, North Hanover, and is near the Ocean County border.

"I continue to hear from Bureau of Prisons (BOP) leadership that the situation in under control or improving, but it is clearly not," Kim said.

BOP officials declined to comment on the congressman's demand, and said responds directly to Members of Congress and their staff. Out of respect and deference to Members, we do not comment on our Congressional correspondence with media.

Last week, an inmate at the prison, Paul Diaz, described an environment where CDC protocols are nearly impossible to adhere to, and when they are able to be followed like by wearing a face mask they are often ignored.

"It's scary knowing our health is in their hands," Diaz, of New York City, said in a phone interview. "Don't put me in a position where I am going to get sick and get life sentence due to disease they are not controlling in a good way especially in this environment."

Wesley Gross 19188-084
Federal Correctional Institute
P.O. Box 2000
Joint Base MDL NJ 08640

United States District Court
Office of The Clerk
180 West Main Street RM 104
Abingdon, Va 24210



TRENTON NJ 085
27 JAN 2021 PM 3 L