CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

FEB 08 2021

JULIA C. DUDLEY, CLERK
BY: /s/ J. Lumbul
DEPUTY CLERK

2:15-CR-00015-JPJ-PMS-11
FEBRUARY 4, 2021

YOUR HONOR,

I RECENTLY FILED A MOTION FOR COMPASSIONATE RELEASE BECAUSE I TESTED POSITIVE FOR COVID-19 ON JANUARY 8, 2021 *(MD-1) AND HAVE BEEN ISOLATED ON THE 3rd FLOOR OF BUILDING 5852 AT FCI FT. DIX, WHICH CURRENTLY HAS OVER 800 REPORTED POSITIVE CASES OF COVID-19. I AM PROVIDING DOCUMENTATION OF MY POSITIVE TEST *(MD-1) AND OTHER EVIDENCE THAT I AM BEING DENIED PROPER, DOCTOR ORDERED, TREATMENT FOR SERIOUS MEDICAL CONDITIONS I HAVE, BECAUSE I AM INCARCERATED AND HAVE BEEN WAITING FOR PHYSICAL THERAPY IN LIEU OF SURGERY FOR SPINAL STENOSIS, WHICH WAS ORDERED ON 12/3/2019 AND SCHEDULED FOR 3/27/2020. *(MD-3) I SUFFER WITH CHRONIC PAIN AND NUMBNESS TO EXTREMITIES. *(MD-4)

AS YOU CAN SEE, BECAUSE OF THE LIMITATIONS PLACED UPON THE BOP BECAUSE OF COVID-19, NOT TO MENTION THEIR INABILITY TO KEEP ME SAFE FROM COVID-19, AND THAT I AM SUFFERING AND IN PAIN, I ASK YOU TO GRANT ME COMPASSIONATE RELEASE AND PLACE ME ON HOME CONFINEMENT SO THAT I MAY GET THE HEALTH CARE I SO DESPARATELY NEED.

RESPECTFULLY SUBMITTED,
WESLEY DAVID GROSS
/s/ Wesley David Gross   19188-084