JUDGE JONES,

    THANK YOU FOR TAKING THE TIME TO READ THIS LETTER.

    I WOULD LIKE TO BEGIN BY PLEADING WITH YOU TO HAVE COMPASSION, NOT FOR ME, BUT FOR MY FAMILY. THERE IS NO BENEFIT TO THE COURT OR TO MY FAMILY BY ME SPENDING ANOTHER 8 TO 15 MONTHS IN PRISON. I HAVE LEARNED FROM AND BEEN PUNISHED FOR MY MISTAKES.

    I WOULD LIKE TO POINT OUT THAT PRIOR TO MY DECLINE INTO ADDICTION, I HAD NEVER BEEN IN ANY KIND OF TROUBLE. THE ONLY TIMES I WAS EVER ARRESTED WAS DURING THE 9-MONTH TIME SPAN IN WHICH I WAS IN ACTIVE ADDICTION AND USING ALPHA-PVP. AFTER RECOVERING FROM THIS LIFE CHANGING EXPERIENCE, IT IS MY OPINION THAT THERE IS NO CHANCE OF RECIDIVISM BECAUSE OF EXPERIENCING THE CONSEQUENCES THAT WERE UNKNOWN TO ME PRIOR TO USING THIS DRUG. BEING SEPARATED FROM MY FAMILY AND NOT BEING THE HUSBAND/FATHER/SON I HAD PROMISED TO BE HAVE GREATLY AFFECTED ME AS A FATHER/HUSBAND/SON.

    I NOW REALIZE THE RIPPLE-EFFECT OF MY ACTIONS AND HOW SEVERELY THEY HAVE AFFECTED MY WIFE, CHILDREN AND PARENTS, AND I HAVE VOWED TO SPEND THE REST OF MY LIFE MAKING THAT RIGHT.

    I BEG YOU TO SHOW COMPASSION TO THEM AND TO SEE THE GREAT HELP I WILL BE TO THEM IMMEDIATELY SHOULD YOUR HONOR GRANT ME A REDUCTION IN SENTENCE

MY MOTHER IS 72 YEARS OLD AND HAS SPENT HER ENTIRE LIFE EDUCATING THE CHILDREN OF OUR COMMUNITY. SHE IS VERY SPECIAL TO ME AND I AM EXTREMELY CLOSE TO HER. SHE NOW NEEDS ME TO TAKE CARE OF HER. SHE IS ALONE AND STRUGGLING AS MANY ARE DURING THIS PANDEMIC. I HAVE NOT SEEN HER IN NEARLY 5 YEARS. BEFORE MY INCARCERATION I CAN THINK OF ONLY 1 TIME, WHEN I WENT TO COLORADO TO FIGHT FOREST FIRES FOR 2 WEEKS, THAT I HAVE GONE LONGER THAN 5 DAYS WITHOUT SEEING HER. IT IS KILLING ME NOT BEING ABLE TO BE THERE FOR HER RIGHT NOW, WHEN SHE NEEDS ME THE MOST.

I ALSO BEG YOU TO SHOW COMPASSION TO MY CHILDREN. MY OLDEST SON, WHO'S BIOLOGICAL FATHER DIED WHEN HE WAS A BABY, HAS ALL THE POTENTIAL IN THE WORLD. WE ARE VERY CLOSE. HE HAD AN OPPORTUNITY TO PLAY BASEBALL IN COLLEGE, BUT THE PANDEMIC HAS RUINED THAT. HE REALLY NEEDS ME TO HELP GUIDE HIM AND TO KEEP HIM MOTIVATED. HE HAS WITHDRAWN FROM COLLEGE. I ALSO WITHDREW FROM COLLEGE AND NEED TO BE THERE FOR HIM SO HE DOESN'T REPEAT MY MISTAKES.

MY OTHER STEPSON IS ALSO STRUGGLING. HE RECENTLY SPENT 5 DAYS IN JUVENILE DETENTION FOR NOT GOING TO SCHOOL. HE IS ALSO EXPERIMENTING WITH MARIJUANA AND DESPERATELY NEEDS SOME HE LOVES AND RESPECTS TO GUIDE HIM BACK ON TRACK. I AM THAT PERSON.

PLEASE PROVIDE ME THE OPPORTUNITY TO FIX THESE PROBLEMS THAT MY ABSENCE HAS CAUSED. PLEASE ALLOW ME THE OPPORTUNITY TO SAVE HIS LIFE BEFORE HE

ruins it. My 14 year old son is very intelligent, however even he is struggling with the virtual format of learning that children are using during the pandemic. My mother is helping but she was an elementary teacher and he needs help with the more advanced mathematics that she is unfamiliar with. I can provide this support.

Finally, my youngest child, whom I haven't seen since I came to prison when he was 20 months old, is now 6 years old and needs his father. My wife's parents took her and the children in when I came to prison, but they are growing old now and wish to be grandparents now, and no longer parents.

My wife made her share of mistakes as well as I, but she has done everything to turn her life around and put it back on the right track. I am doing the same and would appreciate the opportunity to restart my life with my family. My wife is battling several health issues which make her immuno compromised and particularly vulnerable during this pandemic. She has a job that allows her to work from home and she has done a remarkable job of picking up the pieces that were left of our shattered lives, but the fact remains that she needs my help to raise our children.

Please show compassion for my family and let me help them during this difficult time. Please allow me to seek adequate medical care that the Bureau of

PRISONS CANNOT PROVIDE ME WITH DURING THIS PANDEMIC.

I HAVE A MINIMUM OF 5 YEARS OF PROBATION AND I ASSURE YOU THAT YOU WILL NEVER REGRET YOUR DECISION TO GRANT ME COMPASSIONATE RELEASE. I WILL MAKE THE MOST OF MY SECOND CHANCE. I WILL DO RIGHT BY MY FAMILY AND PROVIDE A POSITIVE IMPACT ON MY COMMUNITY. I WILL STEER MY CHILDREN TO MAKE THE RIGHT CHOICES WHILE THEY ARE STILL YOUNG ENOUGH TO SHAPE THEIR LIVES AND TURN THEM INTO THE PRODUCTIVE YOUNG MEN THEY ARE CAPABLE OF BECOMING. MY FAMILY NEEDS ME. PLEASE ALLOW ME THE CHANCE TO DO THE THINGS I NEED TO DO TO TRY AND MAKE UP FOR THE MISTAKES I MADE AND THE PRICE MY FAMILY PAID BECAUSE OF THOSE MISTAKES. I BEG OF YOU TO GRANT ME COMPASSIONATE RELEASE FOR MY FAMILY, NOT FOR ME.

RESPECTFULLY SUBMITTED,
WESLEY D. GROSS

WESLEY D. GROSS · 19188-084
P.O. BOX 2000
5852 / RDAP
FT. DIX, NJ 08640
FEDERAL CORRECTIONAL INSTITUTION

JUDGE JAMES P. JONES
UNITED STATES DISTRICT COURT
180 WEST MAIN STREET / Room 104
ABINGDON, VA 24210