IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | Case No: 2:15-cr-00015 |
| v. ) | |
| ) | |
| WESLEY DAVID GROSS ) | |
| ) | |

NOTICE OF NO SUPPLEMENTAL FILING

Mr. Wesley Gross filed a second *pro se* motion seeking compassionate release on January 25, 2021 and a "Renewed" *pro se* compassionate release motion on February 8, 2021. This Court appointed the Federal Public Defender's office to review his case and make a supplemental filing on his behalf if appropriate. Counsel respectfully notifies the Court that counsel will not be supplementing Mr. Gross's *pro se* motions, and asks the Court to allow Mr. Gross to proceed *pro se*.

Respectfully submitted,

/s John T. Stanford
John T. Stanford (NC Bar No. 51664)
Assistant Federal Public Defender
Office of the Federal Public Defender
201 Abingdon Place
Abingdon, VA 24211
Tel (276) 619-6080

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/ John T. Stanford
Asst. Federal Public Defender