UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 2:15-CR-15 |
| | ) | |
| **WESLEY DAVID GROSS** | ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Government hereby notifies the Court that, since the filing of its response brief (dkt. 1233), Mr. Gross has completed his course of treatment for COVID-19 prevention. Additionally, the Government supplements its authorities cited on page 8 of its opposition brief with a recent decision from this Court finding that vaccination eliminates COVID-19-related medical risk factors from qualification as extraordinary and compelling circumstances. *See United States v. Mitchell*, No. 5:97-cv-30078, ECF No. 51 at 4-5 (W.D. Va. April 21, 2021) (Moon, J.).

Respectfully submitted,

DANIEL P. BUBAR
Acting United States Attorney

/s/   S. Cagle Juhan,
Assistant U.S. Attorney
District of Columbia Bar No. 1022935
United States Attorney's Office
255 West Main Street, Room 130
Charlottesville, Virginia 22902
434-293-4283 / cagle.juhan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.  Paper copies will be mailed to Gross.

s/ S. Cagle Juhan
Assistant United States Attorney
